**UNITED STATES DISTRICT COURT**
**for the District of New Jersey [LIVE]**
**Trenton, NJ**

JENELLE DEMORO

                        Plaintiff,

v.                                                Case No.: 3:20–cv–02206–MAS–DEA

                                                       Judge Michael A. Shipp

TOWNSHIP OF MARLBORO, et al.

                        Defendant.

**Order For Dismissal Pursuant to Fed.R.Civ.P. 4(m)**

It appears that the above captioned action having been pending for more than 90 days and the litigants having failed to effect service during this time and good cause having not been shown as to why this action should not be dismissed,

**IT IS** on this 16th day of June, 2020,

**ORDERED** that the above captioned action be and is hereby dismissed, pursuant to F.R.Civ.P. 4(m), without prejudice and without costs.


                          /s/ Michael A. Shipp
                          _____
                          MICHAEL A. SHIPP United States District Judge